UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LISA CHUNG, | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:18-cv-4012 |
| | ) |
| AMAZON.COM.INDC LLC, d/b/a | ) |
| AMAZON, | ) |
| | ) |
|         Defendant. | |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

**I. NATURE OF THE CASE**

1. This is an employment discrimination action brought by Plaintiff, Lisa Chung ("Chung" and/or "Plaintiff"), against Defendant Amazon.com.INDC LLC d/b/a Amazon ("Amazon" and/or "Defendant"), for unlawfully discriminating against her on the basis of race (Asian), national origin (Chinese), and sex (female), and for retaliation, in violation of Title VII of the 1964 Civil Rights Act ("Title VII"), 42 U.S.C. §§ 2000e *et seq*., as amended, and for discrimination on the bases of race (Asian) in violation of the Civil Rights Act of 1866, as amended, 42 U.S.C. § 1981a.

**II. PARTIES**

2. Chung is a citizen of the United States and at all time relevant to this lawsuit resided, and worked for the Defendant, within the geographic boundaries of the Southern District of Indiana.

3. Amazon is an foreign corporation, and at all times relevant to this lawsuit, has operated facilities and conducted business within the geographic boundaries of the Southern District of Indiana.

**III. JURISDICTION AND VENUE**

4. This Court has jurisdiction over the subject matter of this case pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1343, and 42 U.S.C. § 2000e-et seq.

5. Amazon is an "employer" within the meaning of 42 U.S.C. § 2000e(b).

6. Chung is an "employee" within the meaning of 42 U.S.C. § 2000e(f).

7. Chung satisfied her obligation to exhaust administrative remedies, having timely filed EEOC Charge of Discrimination No. 4702018-00819, alleging discrimination on the bases of race, national origin, and sex, and retaliation, receiving a Notice of Right to Sue thereon on September 22, 2018, and commencing this action within ninety days of the receipt thereof.

8. All events, transactions, and occurrences concerning this case have arisen in the geographical environs of the Southern District of Indiana, thus venue is proper in this Court.

## IV. FACTUAL ALLEGATIONS

9. Chung, an Chinese American woman, began her employment with Amazon on October 2, 2015, as a Fulfillment Center Associate at Amazon's Whitestown Fulfillment Center.

10. At all times relevant to this action, Chung has met or exceeded Amazon's legitimate, job performance expectations.

11. Beginning in 2016, Chung has been subjected to sexual harassment by her managers and co-workers.

12. Chung was stalked by a number of male managers who used their computers to access Amazon's security cameras.

13. Chung has also been subjected to unwanted sexual touching on at least one occasion, by Associate Chris Payne, and on one occasion, Associate Andrew Taylor attempted to hit Chung with a "stow cart."

14. In early February or late March 2017, Chung first reported these incidents to Amazon's ethics hotline.

15. Although Chung has repeatedly reported the continuing harassment to Amazon's Human Resources department, no effective action was, or has been, taken to stop the harassment.

16. Since complaining of sexual harassment, Chung has been passed over for promotion on at least three occasions, and has likewise been denied training.

## V. CAUSES OF ACTION

### Count One: Discrimination in Violation of Title VII

17. Chung hereby incorporates paragraphs one (1) through ) of her Complaint by reference.

18. Amazon violated Chung's right to be free from discrimination based on race, sex, and national origin, as protected by Title VII, by subjecting Chung to terms and conditions of employment that were less favorable than those afforded to similarly-situated male, and/or non-Asian, and/or non-Chinese American employees.

19. Amazon's actions were intentional and it acted with reckless indifference to Chung's rights as protected by Title VII.

20. Chung suffered and continues to suffer harm, including but not limited to loss of wages and benefits, emotional distress, embarrassment, humiliation, and damage to her personal and professional reputation, as a result of Amazon's unlawful acts.

### Count Two: Hostile Work Environment

21. Chung hereby incorporates paragraphs one (1) through ) of her Complaint by reference.

22. Amazon violated Chung's right to be free from race- and/or sex- and/or national origin-based discrimination as protected by Title VII by subjecting and/or allowing Chung to be subjected to repeated acts of harassment because of her race, sex, or national origin, that created a hostile work environment, and by refusing to take action when Chung reported such harassment.

23. Amazon's actions were intentional and it acted with reckless indifference to Chung's rights as protected by Title VII.

24. Chung suffered and continues to suffer harm, including but not limited to loss of wages and benefits, emotional distress, embarrassment, humiliation, and damage to his personal and professional reputation, as a result of Amazon's unlawful acts.

### Count Three: Retaliation

25. Chung incorporates paragraphs one (1) through ) of her Complaint by reference.

26. Chung's action in reporting to Amazon Human Resources what she reasonably believed to be discrimination on the basis of race, sex and national origin constituted protective activity, as that term is defined in Title VII.

27. By denying Chung promotions and training for which she was qualified, Amazon retaliated against Chung.

28. Amazon's retaliatory and unlawful actions were intentional, willful, and/or taken with reckless disregard for Chung's actions under Title VII and the ADEA, and therefor, Amazon acted in bad faith.

29. As a proximate result of Amazon's unlawful and retaliatory actions, Chung suffered, and continues to suffer, harm.

## VI.  **RELIEF**

**WHEREFORE,** Chung respectfully prays that the Court find in his favor and Order:

30. Amazon to reinstate Chung to the position he would have held absent Amazon's unlawful discrimination or pay Chung front pay in lieu thereof;

31. Amazon to pay Chung's lost wages and benefits incurred as a result of its violation of his civil rights;

32. Amazon to pay to Chung compensatory and punitive damages;

33. Amazon to pay prejudgment and post-judgment interest on all sums recoverable;

34. Amazon to pay Chung's reasonable attorney fees and costs;

35. Amazon to cease and desist all future discriminatory actions toward Chung; and,

36. Amazon to provide Chung with all other relief that is just and proper.

## **DEMAND FOR TRIAL BY JURY**

Plaintiff Lisa Chung, by counsel, requests a trial by jury on all issues so triable.

Respectfully submitted,

*s/  Jay Meisenhelder*
Jay Meisenhelder, Atty No. 19996-49
JAY MEISENHELDER EMPLOYMENT
& CIVIL RIGHTS LEGAL SERVICES, P.C.
650 North Girls School Road, Suite B20
Indianapolis, IN  46214
Office Telephone:	317/231-5193
Facsimile Number:	317/982-5463
Email Address:	jaym@ecrls.com